```
                            United States Bankruptcy Court
                            Western District of Washington
In re:                                                              Case No. 18-42179-BDL
Stephen Patrick Coleman, Jr.                                        Chapter 7
        Debtor             CERTIFICATE OF NOTICE
District/off: 0981-3           User: terrir                 Page 1 of 2         Date Rcvd: Jun 21, 2018
                               Form ID: 309A                Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2018.
```
956413812      +BECU,    PO BOX 31112,    TAMPA FL 33631-3112
956413814      +CITI,    PO BOX 790441,    SAINT LOUIS MO 63179-0441
956413815      +CITI AA,    PO BOX 7032,    SIOUX FALLS SD 57117-7032
956413820      +DEPT OF ED/ GREAT LAKES,    PO BOX 7860,    MADISON WI 53707-7860
956413822      +FIDELITY INVESTMENTS,    900 SALEM STREET,    SMITHFIELD RI 02917-1243
956413823      +GREENLEAF RIVERPOINT,    3709 NE 109TH AVE,    VANCOUVER WA 98686
956413826      +NAVY FEDERAL CREDIT UNION,    PO BOX 3051,    MERRIFIELD VA 22116-3051
956413827      +NORDSTROM CARD/ TD,    PO BOX 6555,    ENGLEWOOD CO 80155-6555
956413828      +NW ADHD,    10011 SE DIVISION ST STE 203,    PORTLAND OR 97266-1354
956413830       STATE FARM,    PO BOX 2326,    MAPLE CITY KS 67102
956413832      +SYNCHRONY/GOOGLE,    C/O PO BOX 965022,    ORLANDO FL 32896-0001
956413833      +SYNCHRONY/PAY PALL,    PO BOX 5138,    LUTHERVILLE TIMONIUM MD 21094-5138
956413834      +THE POLY CLINIC,    1145 BROADWAY,    SEATTLE WA 98122-4201
956413835      +THE VANCOUVER CLINIC,    13898 NE 28TH ST,    VANCOUVER WA 98682-8844
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db             +E-mail/PDF: s.patrick.coleman@gmail.com Jun 22 2018 01:20:30      Stephen Patrick Coleman, Jr.,
                 10200 E Dry Creek Rd Unit 3-411,    Englewood, CO 80112-1648
aty             E-mail/Text: ecf@robert-russell.com Jun 22 2018 01:20:33      Robert C. Russell,
                 Robert C Russell PC,    516 SE Chkalov Drive,    Suite 49,    Vancouver, WA 98683
tr             +EDI: BDATHACKER.COM Jun 22 2018 05:19:00      Don Thacker,    PO Box 118,
                 La Center, WA 98629-0118
smg             EDI: WADEPREV.COM Jun 22 2018 05:19:00      State of Washington,    Department of Revenue,
                 2101 4th Ave, Ste 1400,    Seattle, WA 98121-2300
ust            +E-mail/Text: USTPREGION18.SE.ECF@USDOJ.GOV Jun 22 2018 01:20:46      United States Trustee,
                 700 Stewart St Ste 5103,    Seattle, WA 98101-4438
956413811       EDI: TSYS2.COM Jun 22 2018 05:18:00      BARCLAYS BANK,    PO BOX 8802,
                 WILMINGTON DE 19899-8802
956413813       EDI: CAPITALONE.COM Jun 22 2018 05:18:00      CAPITAL ONE,    PO BOX 30285,
                 SALT LAKE CITY UT 84130-0285
956413816      +EDI: CITICORP.COM Jun 22 2018 05:18:00      CITI BANK SD, NA,    PO BOX 6500,    C/O CITI CORP,
                 SIOUX FALLS SD 57117-6500
956413817      +E-mail/Text: bankruptcies@clarkpud.com Jun 22 2018 01:20:55      CLARK PUD,    PO BOX 8989,
                 VANCOUVER WA 98668-8989
956413818      +EDI: WFNNB.COM Jun 22 2018 05:18:00      COMENITY /EDDIE BAUER,    PO BOX 182125,
                 COLUMBUS OH 43218-2125
956413819       EDI: RCSDELL.COM Jun 22 2018 05:18:00      DELL FINANCIAL SERVICES,    PO BOX 81577,
                 AUSTIN TX 78708
956413824       EDI: IRS.COM Jun 22 2018 05:18:00      INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPS,
                 PO BOX21126,    PHILADELPHIA PA 19114
956413825      +EDI: CBSKOHLS.COM Jun 22 2018 05:18:00      KOHLS,    PO BOX 3043,    MILWAUKEE WI 53201-3043
956413829      +E-mail/Text: bankruptcy@oregoncommunitycu.org Jun 22 2018 01:21:07
                 OREGON COMMUNITY CREDIT UNION,    PO BOX 77002,    EUGENE OR 97475-0146
956413831      +EDI: RMSC.COM Jun 22 2018 05:18:00      SYNCHRONY BANK/AMAZON,    PO BOX 960013,
                 ORLANDO FL 32896-0013
956413836       EDI: AISTMBL.COM Jun 22 2018 05:18:00      TMOBILE,    PO BOX 53410,    BELLEVUE WA 98015
956413821       EDI: USBANKARS.COM Jun 22 2018 05:18:00      ELAN,    PO BOX 6335,    FARGO ND 58125
956413837      +EDI: VERIZONCOMB.COM Jun 22 2018 05:19:00      VERIZON,    500 TECHNOLOGY DR STE 550,
                 SAINT CHARLES MO 63304-2225
                                                                                              TOTAL: 18
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2018 at the address(es) listed below:
          Don Thacker    dat7law@gmail.com, WA32@ecfcbis.com
          Robert C. Russell    on behalf of Debtor Stephen Patrick Coleman, Jr. ecf@robert-russell.com,
           rrlawgroup@fileforbankrupcty.com
          United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                         TOTAL: 3

| | | **Information to identify the case:** | Social Security number or ITIN | xxx–xx–8574 |

| | | | | |
|---|---|---|---|---|
| Debtor 1 | | Stephen Patrick Coleman Jr. | Social Security number or ITIN | xxx–xx–8574 |
| | | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | | Western District of Washington | Date case filed for chapter 7 | 6/21/18 |
| Case number: | | 18–42179–BDL | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/2017

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Stephen Patrick Coleman Jr. | |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 10200 E Dry Creek Rd Unit 3–411<br>Englewood, CO 80112 | |
| **4.** | **Debtor's attorney**<br>Name and address | Robert C. Russell<br>Robert C Russell PC<br>516 SE Chkalov Drive<br>Suite 49<br>Vancouver, WA 98683 | Contact phone 360–882–8990<br><br>Email:  ecf@robert–russell.com |
| **5.** | **Bankruptcy trustee**<br>Name and address | Don Thacker<br>PO Box 118<br>La Center, WA 98629 | Contact phone 360 841 7093 |
| **6.** | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 1717 Pacific Avenue<br>Suite 2100<br>Tacoma, WA 98402 | Hours open 8:30 am – 4:30 pm Monday – Friday<br>Contact phone 253–882–3900<br>Date: 6/21/18 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **1**

Case 18-42179-BDL    Doc 9    Filed 06/23/18    Ent. 06/23/18 21:23:41    Pg. 3 of 4

| 7. | Meeting of creditors | **July 25, 2018 at 09:00 AM** | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Vancouver Federal Building, 500 West 12th, Second Floor, Vancouver, WA 98660** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 9/24/18** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br>If your claim is secured by a security interest in the debtor's principal residence, see Fed. R. Bankr. P. 3002(c)(7) for claim filing deadlines. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Notice of Potential Dismissal

If the debtor fails to file required schedules, statements or lists within 15 days from the date the petition is filed, or object to dismissal of the case indicating why dismissal is not appropriate, the case may be dismissed without further notice. If the Debtor(s) fails to appear at the meeting of creditors, the U.S. Trustee may apply for an order of dismissal without further notice.

Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov OR (2) Debtors can register for DeBN by filing local form DeBN Request Form with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you court–issued notices and orders by email.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                            page **2**

Case 18-42179-BDL    Doc 9    Filed 06/23/18    Ent. 06/23/18 21:23:41    Pg. 4 of 4